UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNECTIVE TISSUE IMAGINEERING, LLC, <br><br>　　　　Plaintiff(s), <br><br>　　v. <br><br>THOMAS F. MITTS, M.D., et al., <br><br>　　　　Defendant(s). | No.  C07-0058 WHA (BZ) <br><br>**ORDER SCHEDULING TELEPHONIC CONFERENCE RE DEVISING A SETTLEMENT CONFERENCE SCHEDULE FOR PATENT CASE** |

　　This case has been assigned to me to conduct a settlement conference.  **IT IS HEREBY ORDERED** that a telephonic hearing is scheduled for **Friday, April 20, 2007 at 9:00 a.m.** to discuss the settlement process.  Plaintiff's counsel shall initiate the call and get all interested parties on the line and call chambers at **415-522-4093.**  In preparation for that conference, the parties shall familiarize themselves with my form of settlement conference order for patent cases which can be found on the court's website at **www.cand.uscourts.gov.**

Dated: April 17, 2007

　　　　　　　　　　　　　　　　　　／s／ Bernard Zimmerman
　　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-REFS\REFS.07\CONNECTIVE TISSUE.STATUS.CONF.wpd

1