UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CONNECTIVE TISSUE IMAGINEERING, LLC, | ) ) ) | No.  C07-0058 WHA (BZ) |
| Plaintiff(s), | ) ) | |
| v. | ) ) | **ORDER SCHEDULING FURTHER TELEPHONIC CONFERENCE RE DEVISING SETTLEMENT CONFERENCE SCHEDULE** |
| THOMAS F. MITTS, M.D., et al., | ) ) ) | |
| Defendant(s). | ) ) | |

    Following a telephone conference in which all parties were represented by counsel, **IT IS HEREBY ORDERED** as follows:

    1.    The parties are directed to cooperate in exchanging information that each side needs to evaluate this case for settlement purposes.  Such information may be exchanged pursuant to Evidence Rule 408 and the court is willing to enter an appropriate protective order to expedite the exchange of confidential business information.

    2.    A further telephonic conference is scheduled for **June 25, 2007 at 3:00 p.m.**  Counsel for plaintiff shall get

1

1 | counsel for defendants on the line and call chambers at
2 | **415-522-4093**.  No party principal need participate.
3 | Dated: April 20, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.07\CONNECTIVE TISSUE.FURTHER.TELE.CONF.wpd

2