BRYAN A. SCHWARTZ  (No. 135928)
Benesch, Friedlander,
    Coplan & Aronoff LLP
2300 BP Tower, 200 Public Square
Cleveland, Ohio  44114-2378
Telephone:    (216) 363-4500
Facsimile:    (216) 363-4588
bschwartz@bfca.com

JAMES B. BETTS (No. 110222)
Betts & Wright
7108 N. Fresno St. Ste. 460
Fresno, California 93720
Telephone:    (559) 438-8500
Facsimile:    (559) 438-6959

Attorneys for Plaintiff
**CONNECTIVE TISSUE IMAGINEERING, LLC**

Attorneys for Defendants
**THOMAS F. MITTS, M.D., et al.**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| CONNECTIVE TISSUE IMAGINEERING, LLC,<br><br>            Plaintiff,<br><br>        vs.<br><br>THOMAS F. MITTS, M.D., et al.,<br><br>            Defendants. | Case No.: C-07-00058 WHA<br><br>~~PROPOSED~~ ORDER RE SCHEDULE FOR CLAIM CONSTRUCTION |

Pursuant to the Case Management Order, ¶ 3, Plaintiff Connective Tissue Imagineering, LLC and Defendants Thomas F. Mitts, M.D., Human Matrix Sciences, LLC, Clarity Skincare, Inc., and Thomas F. Mitts, M.D., Inc. jointly submit this Proposed Order Re Schedule for Claim Construction (noting that the events' short-hand descriptions do not limit or define substantive requirements governed by the cited rules):

| Date | Event | Authority |
|------|-------|-----------|
| 4/26/07 | Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions and accompanying document production | Pat. L.R. 3-1, 3-2; FRCP 6(a) |
| 6/11/07 | Defendants' Initial Invalidity Contentions and accompanying document production | Pat. L.R. 3-3 |
| 6/18/07 | Parties exchange a list of no more than six claim terms, phrases, or clauses to be construed by the court | CMO; Pat. L.R. 4-1 FRCP 6(a) |
| 6/29/07 | Parties exchange Preliminary Claim Constructions and Extrinsic Evidence | Pat. L.R. 4-2 |
| 7/17/07 | Parties file Joint Claim Construction and Prehearing Statement | Pat. L.R. 4-3 |
| 8/7/07 | Claim Construction Discovery Cutoff | Pat. L.R. 4-4 |
| 8/17/07 | Plaintiff to file Opening Claim Construction Brief and any supporting evidence | Pat. L.R.4-5(a) |
| 8/31/07 | Defendants to file Responsive Claim Construction Brief and any supporting evidence | Pat. L.R. 4-5(b) |
| 9/11/07 | Plaintiff to file Reply Claim Construction Brief and any rebuttal evidence | Pat. L.R. 4-5(c); FRCP 6(a) |
| 9/12/07 | Tutorial | CMO; Pat. L.R. 2-1(5) |
| 9/26/07 | Claim Construction Hearing | CMO; Pat. L.R. 4-6 |

PROPOSED ORDER RE SCHEDULE FOR
CLAIM CONSTRUCTION

CASE NO. C 07-00058 WHA

Respectfully submitted,

Dated:  April 30, 2007      BENESCH FRIEDLANDER COPLAN &
                            ARONOFF LLP

                            By: /s/Bryan A. Schwartz
                                Bryan A. Schwartz
                                *Attorneys for Plaintiff*

Dated:  April 30, 2007      BETTS & WRIGHT

                            By: /s/ James B. Betts
                                James B. Betts
                                *Attorneys for Defendants*

     IT IS SO ORDERED.

Dated:  May 1, 2007.

_____
The Hon. William Alsup
United States District Court Judge

Doc 1436109   Ver 1