E-Filing

# UNITED STATES DISTRICT COURT
## Northern District of California

CONNECTIVE TISSUE IMAGINEERING, LLC, a California limited liability company,

    Plaintiff(s),

v.

THOMAS F. MITTS, M.D., an individual, HUMAN MATRIX SCIENCES, LLC, a California limited liability company, CLARITY SKINCARE INC., a California corporation, and THOMAS F. MITTS, M.D., Inc., a CA Corp.

    Defendant(s).

CASE NO. C 070058 (WHA)

(Proposed)
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

KAMRAN JIVANI, an active member in good standing of the bar of U.S. District Court for the Northern District of Georgia (Bar No. 510908), whose business address and telephone number (particular court to which applicant is admitted) is

    Kamran Jivani, Alston & Bird LLP
    1201 West Peachtree Street
    Atlanta, GA  30309    (Phone: 404-881-4631)

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Thomas F. Mitts, et al.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: ggg June 20, 2007

                                                        United States Magistrate Judge