UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CONNECTIVE TISSUE IMAGINEERING, LLC, | ) ) ) | |
| Plaintiff(s), | ) ) | No.  C07-0058 WHA (BZ) |
| v. | ) ) | **ORDER SCHEDULING** |
| THOMAS F. MITTS, M.D., et al., | ) ) ) | **SETTLEMENT CONFERENCE** |
| Defendant(s). | ) ) ) | |

The above matter was referred to Magistrate Judge Bernard Zimmerman for settlement purposes.

You are hereby notified that a settlement conference is scheduled for **Thursday, September 27, 2007, at 9:00 a.m.**, in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

It is the responsibility of counsel to ensure that whatever discovery is needed for all sides to evaluate the case for settlement purposes is completed by the date of the settlement conference. Counsel shall cooperate in providing discovery informally and expeditiously.

Lead trial counsel shall appear at the Settlement

1   Conference with the parties.  Any party who is not a natural

2   person shall be represented by the person or persons **not**

3   **directly involved** in the events which gave rise to the

4   litigation but with **full** authority to negotiate a settlement.

5   A person who needs to call another person not present before

6   accepting, rejecting or making any settlement offer does not

7   have full authority.  If a party is a governmental entity, its

8   governing body shall  designate one of its members or a senior

9   executive to appear at the Settlement Conference with

10  authority to participate in the Settlement Conference and, if

11  a tentative settlement agreement is reached, to recommend the

12  agreement to the governmental entity for its approval.  An

13  insured party shall appear with a representative of the

14  carrier with full authority to negotiate up to the limits of

15  coverage.  The Court shall be notified immediately if the

16  carrier declines to attend.  Personal attendance of a party

17  representative will rarely be excused by the Court, and then

18  only upon separate written application demonstrating

19  substantial hardship served on opposing counsel and lodged as

20  early as the basis for the hardship is known.

21      Each party shall prepare a Settlement Conference

22  Statement, which must be served on opposing counsel and lodged

23  (not faxed) with my chambers no later than seven calendar days

24  prior to the conference.  The Statement shall **not** be filed

25  with the Clerk of the Court.  The Statement **may** be submitted

26  on CD-ROM with hypertext links to exhibits.  Otherwise, the

27  portion of exhibits on which the party relies **shall** be

28  highlighted.  The Settlement Conference Statement shall not

1   exceed ten pages of text and twenty pages of exhibits and

2   shall include the following:

3        1.   A brief statement of the facts of the case.

4        2.   A brief statement of the claims and defenses

5   including, but not limited to, statutory or other grounds upon

6   which the claims are founded.

7        3.   A summary of the proceedings to date and any pending

8   motions.

9        4.   An estimate of the cost and time to be expended for

10  further discovery, pretrial and trial.

11       5.   For any party seeking relief, a description of the

12  relief sought, including an itemization of damages.

13       6.   The parties' position on settlement, including

14  present demands and offers and a history of past settlement

15  discussions.  The Court's time can best be used to assist the

16  parties in completing their negotiations, not in starting

17  them.  Accordingly, plaintiff must serve a demand in writing

18  no later than fourteen days before the conference and

19  defendant must respond in writing no later than eight days

20  before the conference.  If plaintiff seeks attorney's fees and

21  costs, plaintiff's counsel shall either include the fee claim

22  in the demand or make a separate, simultaneous demand for fees

23  and costs.  Counsel shall be prepared at the conference to

24  provide sufficient information to defendant to enable the fee

25  claim to be evaluated for purposes of settlement.  The parties

26  are urged to carefully evaluate their case before taking a

27  settlement position since extreme positions hinder the

28  settlement process.

1     Along with the Statement each party shall lodge with the

2 court a document of no more than three pages containing a

3 **candid** evaluation of the parties' likelihood of prevailing on

4 the claims and defenses, and any other information that party

5 wishes not to share with opposing counsel.  The more candid

6 the parties are, the more productive the conference will be.

7 This document shall not be served on opposing counsel.

8     It is not unusual for conferences to last three or more

9 hours.  Parties are encouraged to participate and frankly

10 discuss their case.  Statements they make during the

11 conference will not be admissible at trial in the event the

12 case does not settle.  The parties should be prepared to

13 discuss such issues as:

14     1. Their settlement objectives.

15     2. Any impediments to settlement they perceive.

16     3. Whether they have enough information to discuss

17 settlement.  If not, what additional information is needed.

18     4. The possibility of a creative resolution of the

19 dispute.

20     The parties shall notify Magistrate Judge Zimmerman's

21 chambers immediately if this case settles prior to the date

22 set for settlement conference.  Counsel shall provide a copy

23 of this order to each party who will participate in the

24 conference.

25 Dated: June 27, 2007

26                    _____

27                         Bernard Zimmerman
                        United States Magistrate Judge

28 G:\BZALL\-REFS\REFS.07\CONNECTIVE TISSUE.SC.wpd