1  KEKER & VAN NEST, LLP
   DARALYN J. DURIE - #169825
2  710 Sansome Street
   San Francisco, CA 94111-1704
3  Telephone: (415) 391-5400
   Facsimile: (415) 397-7188
4
   Attorneys for Defendants
5  THOMAS F. MITTS, M.D., an individual, HUMAN MATRIX
   SCIENCES, LLC, a California limited liability company,
6  CLARITY SKINCARE, INC., a California corporation, and
   THOMAS F. MITTS, M.D., INC., a California corporation
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12 | CONNECTIVE TISSUE IMAGINEERING,        | Case No. C-07-0058 WHA
   | LLC, a California limited liability company, |
13 |                                          | SUBSTITUTION OF ATTORNEYS
   |              Plaintiff,                  |
14 |                                          |
   |     v.                                   |
15 |                                          |
   | THOMAS F. MITTS, M.D., an individual,    |
16 | HUMAN MATRIX SCIENCES, LLC, a            |
   | California limited liability company,    | Judge:   Hon. William H. Alsup
17 | CLARITY SKINCARE, INC., a California     |
   | corporation, and THOMAS F. MITTS, M.D.,  | Date Comp. Filed:   January 4, 2007
18 | INC., a California corporation,          |
   |                                          |
19 |              Defendants.                 |

20

21

22     PLEASE TAKE NOTICE that defendants THOMAS F. MITTS, M.D., HUMAN

23  MATRIX SCIENCES, LLC, CLARITY SKINCARE, INC. and THOMAS F. MITTS, M.D.,

24  INC., hereby substitute Keker & Van Nest, L.L.P., 710 Sansome Street, San Francisco,

25  California 94111-1704, Telephone: (415) 391-5400, as their attorneys of record in this action in

26  place of Betts & Wright, 7108 N. Fresno Street, Suite 460, Fresno, California 93720, telephone:

27  (559) 438-8500; and Alston & Bird LLP, 1 Atlantic Center, 1201 West Peachtree Street, Atlanta,

28  Georgia 30309-3424, telephone: (404) 881-7000.

                                          1

1 | We, the undersigned, consent to the above substitution.

2

3 | Dated: June 25 2007                            BETTS & WRIGHT

4

5 | By: /s/ James B. Betts

6 |                                          JAMES B. BETTS

7 |                                          ALSTON & BIRD LLP

8

9

10 | By: _____
    |     ROBERT L. LEE

11

12

13 | I, the undersigned, consent to the above substitution.

14 | DATED: June ___, 2007    7/5/07
    |                                          _____
15 |                                          THOMAS F. MITTS, M.D., individually and
    |                                          on behalf of HUMAN MATRIX SCIENCES, LLC,
16 |                                          CLARITY SKINCARE, INC. and THOMAS F.
    |                                          MITTS, M.D., INC.

17

18 | We, the undersigned, accept the above substitution.

19 | Dated: ~~June~~ ___, 2007                    KEKER & VAN NEST, LLP
20 |        July 5

21 | By: _____
22 |     DARALYN J. DURIE
    |     Attorneys for Defendants
23 |     THOMAS F. MITTS, M.D., an individual,
    |     HUMAN MATRIX SCIENCES, LLC, a
24 |     California limited liability company,
    |     CLARITY SKINCARE, INC., a California
25 |     corporation, and THOMAS F. MITTS,
    |     M.D., INC., a California corporation

26

27

28

1 | We, the undersigned, consent to the above substitution.

3 | Dated: June ___, 2007                          BETTS & WRIGHT

6 |                                                 By: _____
  |                                                 JAMES B. BETTS

  |                                                 ALSTON & BIRD LLP

10|                                                 By: _____
  |                                                 ROBERT L. LEE

13| I, the undersigned, consent to the above substitution.

14| DATED: June ___, 2007                           _____
  |                                                 THOMAS F. MITTS, M.D., individually and
  |                                                 on behalf of HUMAN MATRIX SCIENCES, LLC,
  |                                                 CLARITY SKINCARE, INC. and THOMAS F.
  |                                                 MITTS, M.D., INC.

18| We, the undersigned, accept the above substitution.

19| Dated: June ___, 2007                           KEKER & VAN NEST, LLP

22|                                                 By: _____
  |                                                 DARALYN J. DURIE
  |                                                 Attorneys for Defendants
  |                                                 THOMAS F. MITTS, M.D., an individual,
  |                                                 HUMAN MATRIX SCIENCES, LLC, a
  |                                                 California limited liability company,
  |                                                 CLARITY SKINCARE, INC., a California
  |                                                 corporation, and THOMAS F. MITTS,
  |                                                 M.D., INC., a California corporation

1  IT IS SO ORDERED.

2  Dated: __July 6,_____, 2007

3

By: _____
HON. WILLIAM H. ALSUP
JUDGE OF THE UNITED STATES
DISTRICT COURT, NORTHERN
DISTRICT OF CALIFORNIA

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge William Alsup]*

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

398259.01