KEKER & VAN NEST, LLP
DARALYN J. DURIE - #169825
CLEMENT S. ROBERTS - #209203
KLAUS H. HAMM - #224905
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Defendants
THOMAS F. MITTS, M.D., an individual, HUMAN MATRIX
SCIENCES, LLC, a California limited liability company,
CLARITY SKINCARE, INC., a California corporation, and
THOMAS F. MITTS, M.D., INC., a California corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CONNECTIVE TISSUE IMAGINEERING, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS F. MITTS, M.D., an individual, HUMAN MATRIX SCIENCES, LLC, a California limited liability company, CLARITY SKINCARE, INC., a California corporation, and THOMAS F. MITTS, M.D., INC., a California corporation,<br><br>Defendants. | Case No. C07-00058 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER SHORTENING TIME ON DEFENDANTS' MOTION FOR LEAVE TO AMEND JOINT CLAIM CONSTRUCTION STATEMENT**<br><br>Judge:      Hon. William H. Alsup<br><br>Date Comp. Filed:     January 4, 2007<br><br>Trial Date: June 9, 2008 |

STIPULATION AND [PROPOSED] ORDER SHORTENING TIME ON DEFENDANTS' MOTION FOR LEAVE
TO AMEND JOINT CLAIM CONSTRUCTION STATEMENT
CASE NO. C07-00058 WHA

400223.01

1    Pursuant to Civil Local Rule 6-2, the parties submit the following stipulation requesting an order shortening time on Defendants' concurrently filed Motion For Leave To Amend Joint Claim Construction and Prehearing Statement.  As required by Civil Local Rule, this stipulated request is accompanied by the declaration of Klaus H. Hamm, which: (1) sets for with particularity, the reasons for the requested shortening of time; (2) discloses all previous time modifications in the case, whether by stipulation or Court order; and (3) describes the effect the requested time modification would have on the schedule for the case.

IT IS HEREBY STIPULATED AND AGREED BY AND AMONG THE UNDERSIGNED, ON BEHALF OF THEIR RESPECTIVE CLIENTS, AS FOLLOWS:

The following briefing and hearing schedule should apply for Defendants' Motion For Leave to Amend Joint Claim Construction and Prehearing Statement:  Defendants' opening brief will be due by August 2, 2007; Plaintiff's opposition brief will be due by August 7, 2007; and Defendants' reply brief will be due by August 8, 2007.  If the Court would like a hearing, the parties would respectfully request that it take place on August 9, 2007.

Dated:   August 2, 2007               KEKER & VAN NEST, LLP


By: /s/ Klaus H. Hamm
KLAUS H. HAMM
Attorneys for Defendants
THOMAS F. MITTS, M.D., an individual,
HUMAN MATRIX SCIENCES, LLC, a
California limited liability company, CLARITY
SKINCARE, INC., a California corporation, and
THOMAS F. MITTS, M.D., INC., a California
corporation

400223.01

1
STIPULATION AND [PROPOSED] ORDER SHORTENING TIME ON DEFENDANTS' MOTION FOR LEAVE
TO AMEND JOINT CLAIM CONSTRUCTION STATEMENT
CASE NO. C07-00058 WHA

DATED:  August 2, 2007                BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP

By: /s/ Bryan A. Schwartz
Concurrence obtained per General Order 45 X.B.
Bryan A. Schwartz
Attorneys for Plaintiff
CONNECTIVE TISSUE IMAGINEERING, LLC

Of Counsel:
STEVEN M. AUVIL (Ohio Bar No. 0063827)
ROBERT P. NUPP (New York No. RN-5895)

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:   August 3, 2007

By: _____
The Hon. William Alsup
United States District Court Judge

The hearing on this matter will be held on August 16, 2007.

2

STIPULATION AND [PROPOSED] ORDER SHORTENING TIME ON DEFENDANTS' MOTION FOR LEAVE TO AMEND JOINT CLAIM CONSTRUCTION STATEMENT
CASE NO. C07-00058 WHA

400223.01