IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CONNECTIVE TISSUE IMAGINEERING, LLC,

    Plaintiff,

v.

THOMAS F. MITTS M.D., et al.,

    Defendant.

No. C 07-00058 WHA

**ORDER DENYING STIPULATION RE CLAIM CONSTRUCTION TUTORIAL**

Good cause not shown, parties' stipulation to hold the claim-construction tutorial at the same time as the claim-construction hearing is **DENIED**.

**IT IS SO ORDERED.**

Dated: September 4, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE