BRYAN A. SCHWARTZ (California State Bar No. 135928)
*bschwartz@bfca.com*
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
2300 BP Tower, 200 Public Square
Cleveland, Ohio  44114-2378
Telephone:     (216) 363-4500
Facsimile:     (215) 363-4588

CHRISTOPHER A. KEELE (State Bar No. 154608)
*ckeele@twtlaw.com*
**THOMAS WHITELAW & TYLER LLP**
Three Embarcadero Center, Suite 1350
San Francisco, California  94111-4037
Telephone:     (415) 820-0400
Facsimile:     (415) 820-0405

Attorneys for Plaintiff
CONNECTIVE TISSUE IMAGINEERING, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CONNECTIVE TISSUE IMAGINEERING, LLC, a California limited liability company,<br><br>                    Plaintiff,<br><br>          vs.<br><br>THOMAS F. MITTS, M.D., et al.,<br><br>                    Defendants. | CASE NO. C 07 0058 WHA<br><br>**APPLICATION AND [PROPOSED] ORDER AUTHORIZING ELECTRONIC EQUIPMENT FOR TUTORIAL**<br><br>Date:              September 12, 2007<br>Time:             1:30 p.m.<br>Dept.:             Courtroom 9, 19th Floor<br>Judge:            Hon. William H. Alsup<br>Comp. Filed:   January 4, 2007<br>Trial Date:       June 9, 2008 |

## **APPLICATION**

The tutorial in this action is scheduled to begin on Wednesday, September 12, 2007, at 1:30 p.m.  Plaintiff hereby requests permission to set up the following equipment in Courtroom 9:

1.     Laptop computers;

2.     LCD projector;

3.     Document camera ("ELMO" overhead projector);

4.     Switch boxes for computer equipment; and

///

1    5.    Various accessory extension cords, cables, speakers, power strips and duct tape.

2

3    DATED: September 11, 2007          THOMAS WHITELAW & TYLER LLP

4

5                                       By: /S/ CHRISTOPHER A. KEELE
                                            CHRISTOPHER A. KEELE
6                                           Attorneys for Plaintiff
                                            CONNECTIVE TISSUE IMAGINEERING, LLC
7

8

9                                      **ORDER**

10        The Court hereby authorizes Plaintiff's counsel or any person designed by counsel and

11   bearing a copy of this order to bring the following equipment into the United States Courthouse at

12   450 Golden Gate Avenue, San Francisco, California, for purposes of the tutorial presentation:

13        The United States Marshals Service and the court security officers are directed to permit

14   counsel or their designee bearing this court order to bring the above-described electronic

15   equipment into the courthouse on September 12, 2007.

16        IT IS SO ORDERED.

17

18   DATED:___ September 12, 2007 _____

19                                       WILLIAM H. ALSUP
                                         United States District Judge

20

21

22

23

24

25

26

27

28

36603                                       2
APPLICATION AND [PROPOSED] ORDER AUTHORIZING ELECTRONIC EQUIPMENT FOR TUTORIAL—
CASE NO. C 07 0058 WHA