BRYAN A. SCHWARTZ (California State Bar No. 135928)
*bschwartz@bfca.com*
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
2300 BP Tower, 200 Public Square
Cleveland, Ohio  44114-2378
Telephone:     (216) 363-4500
Facsimile:      (215) 363-4588

CHRISTOPHER A. KEELE (State Bar No. 154608)
*ckeele@twtlaw.com*
**THOMAS WHITELAW & TYLER LLP**
Three Embarcadero Center, Suite 1350
San Francisco, California  94111-4037
Telephone:     (415) 820-0400
Facsimile:      (415) 820-0405

Attorneys for Plaintiff
CONNECTIVE TISSUE IMAGINEERING, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CONNECTIVE TISSUE IMAGINEERING, LLC, a California limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> THOMAS F. MITTS, M.D., et al., <br><br> Defendants. | CASE NO. C 07 0058 WHA <br><br> **APPLICATION AND [PROPOSED] ORDER AUTHORIZING ELECTRONIC EQUIPMENT FOR CLAIM CONSTRUCTION ("MARKMAN") HEARING** <br><br> Date:           September 26, 2007 <br> Time:           1:30 p.m. <br> Dept.:          Courtroom 9, 19th Floor <br> Judge:         Hon. William H. Alsup <br> Comp. Filed:  January 4, 2007 <br> Trial Date:    June 9, 2008 |

## APPLICATION

The Claim Construction Hearing in this action is scheduled to begin on Wednesday, September 26, 2007, at 1:30 p.m.  Plaintiff hereby requests permission to set up the following equipment in Courtroom 9:

   1.   Laptop computers;

   2.   LCD projector;

   3.   Document camera ("ELMO" overhead projector);

37517

4.     Switch boxes for computer equipment; and

5.     Various accessory extension cords, cables, speakers, power strips and duct tape.

DATED: September 24, 2007        THOMAS WHITELAW & TYLER LLP

By:  /S/ CHRISTOPHER A. KEELE
      CHRISTOPHER A. KEELE
      Attorneys for Plaintiff
      CONNECTIVE TISSUE IMAGINEERING, LLC

## ORDER

The Court hereby authorizes Plaintiff's counsel or any person designed by counsel and bearing a copy of this order to bring the following equipment into the United States Courthouse at 450 Golden Gate Avenue, San Francisco, California, for purposes of the claim construction hearing:

The United States Marshals Service and the court security officers are directed to permit counsel or their designee bearing this court order to bring the above-described electronic equipment into the courthouse on September 26, 2007.

IT IS SO ORDERED.

DATED:  September 26, 2007                                             
                                                                WILLIAM H. ALSUP
                                                                United States District Judge