KEKER & VAN NEST, LLP
DARALYN J. DURIE - #169825
CLEMENT S. ROBERTS - #209203
KLAUS H. HAMM - #224905
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendants
THOMAS F. MITTS, M.D., an individual, HUMAN MATRIX
SCIENCES, LLC, a California limited liability company,
CLARITY SKINCARE, INC., a California corporation, and
THOMAS F. MITTS, M.D., INC., a California corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CONNECTIVE TISSUE IMAGINEERING, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS F. MITTS, M.D., an individual, HUMAN MATRIX SCIENCES, LLC, a California limited liability company, CLARITY SKINCARE, INC., a California corporation, and THOMAS F. MITTS, M.D., INC., a California corporation,<br><br>Defendants. | Case No. C07-00058 WHA<br><br>**APPLICATION AND [PROPOSED] ORDER AUTHORIZING ELECTRONIC EQUIPMENT FOR CLAIM CONSTRUCTION HEARING**<br><br>Date:         September 26, 2007<br>Time:        1:30 p.m.<br>Dept:         Courtroom 9, 19th Floor<br>Judge:       Hon. William H. Alsup<br>Date Comp. Filed:    January 4, 2007 |

**APPLICATION**

The tutorial in this action is scheduled to begin on Wednesday, September 26, 2007 at 1:30 p.m. Defendants hereby request permission to set up the following equipment in Courtroom 9:

1. Laptop computers;
2. LCD projector;
3. Document camera ("ELMO" overhead projector);
4. Projection screen
5. Switch boxes for computer equipment; and
6. Various accessory extension cords, cables, speakers, power strips and duct tape.

Dated: September 24, 2007               KEKER & VAN NEST, LLP

By: /s/ Klaus H. Hamm
KLAUS H. HAMM
Attorneys for Defendants
THOMAS F. MITTS, M.D., an individual,
HUMAN MATRIX SCIENCES, LLC, a
California limited liability company,
CLARITY SKINCARE, INC., a California
corporation, and THOMAS F. MITTS,
M.D., INC., a California corporation

**ORDER**

The Court hereby authorizes Defendants' counsel or any person designated by counsel and bearing a copy of this order to bring the following equipment into the United States Courthouse at 450 Golden Gate Avenue, for purposes of the tutorial presentation:

The United States Marshals Service and the court security officers are directed to permit counsel or their designee bearing this court order to bring the above-described electronic equipment into the courthouse on September 26, 2007.

SO ORDERED.

Dated: September 26, 2007

_____
HON. WILLIAM ALSUP
UNITED STATES DISTRICT COURT