**EXHIBIT A**

KEKER & VAN NEST, LLP
DARALYN J. DURIE - #169825
CLEMENT S. ROBERTS - #209203
KLAUS H. HAMM - #224905
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendants
THOMAS F. MITTS, M.D., an individual, HUMAN MATRIX
SCIENCES, LLC, a California limited liability company,
CLARITY SKINCARE, INC., a California corporation, and
THOMAS F. MITTS, M.D., INC., a California corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CONNECTIVE TISSUE IMAGINEERING, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS F. MITTS, M.D., an individual, HUMAN MATRIX SCIENCES, LLC, a California limited liability company, CLARITY SKINCARE, INC., a California corporation, and THOMAS F. MITTS, M.D., INC., a California corporation,<br><br>Defendants. | Case No. C07-00058 WHA<br><br>**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE;** [PROPOSED] **ORDER** |

# EXHIBIT A

## STIPULATION

Plaintiff and Counter-Defendant Connective Tissue Imagineering, LLC ("CTI") and Defendant and Counter-Plaintiffs Thomas F. Mitts, M.D., Human Matrix Sciences, LLC, Clarity Skincare, Inc., and Thomas F. Mitts, M.D., Inc. (collectively "Mitts") hereby stipulate as follows:

1. The parties agree that all of CTI's claims against Mitts and all of Mitts counterclaims and defenses shall be dismissed with prejudice.

2. The parties further agree that each of them shall bear its own attorneys' fees and costs in this litigation.

IT IS SO STIPULATED.

Dated: October 19, 2007

BENESCH, FRIEDLANDER, COPLAN & ARONOFF

By: /s/ Bryan A. Schwartz
BRYAN A. SCHWARTZ
Attorneys for Plaintiff and Counter-Defendant CONNECTIVE TISSUE IMAGINEERING, LLC

Dated: October 19, 2007

KEKER & VAN NEST, LLP

By: /s/ Clement S. Roberts
CLEMENT S. ROBERTS
Attorneys for Defendants
THOMAS F. MITTS, M.D., an individual, HUMAN MATRIX SCIENCES, LLC, a California limited liability company, CLARITY SKINCARE, INC., a California corporation, and THOMAS F. MITTS, M.D., INC., a California corporation

PURSUANT TO STIPULATION, IT IS SO ORDERED.

**EXHIBIT A**

1  Dated: October 22, 2007.

*IT IS SO ORDERED*

/s/ William Alsup
Judge William Alsup

Honorable William Alsup
United States District Court

---

2

STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; [PROPOSED] ORDER
CASE NO. C07-00058 WHA

404271.01